# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 16, 2025
Lyle W. Cayce
Clerk

_____

No. 25-20431

_____

United States of America,

                       *Plaintiff—Appellee*,

versus

Enrique Roberto Cuellar,

                       *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-224-1

_____

UNPUBLISHED ORDER

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED Appellant's unopposed motion to dismiss the case is GRANTED.

No. 25-20431

IT IS FURTHER ORDERED Appellant's motion to vacate the district court's order denying the motion to dismiss the indictment is DENIED.